AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Walter BELLO-Jimenez<br>YOB: 1974 COC: Mexico<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No. M-19-0465-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 26, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Unlawful acts Except as authorized by this subchapter, it shall be unlawful for any person knowingly or intentionally — to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance; to wit: approximately 10.64 kg of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Evan Mason, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/27/2019

*Judge's signature*

City and state: Pharr, Texas

U.S. Magistrate J. Scott Hacker
*Printed name and title*

# ATTACHMENT A

On July 10, 2017, United States Customs and Border Protection Officer (CBPO) M. Cardenas was conducting inbound inspections as part of his duties at the Pharr, Texas Port of Entry (POE). CBPO Cardenas, while assigned to be conducting cab checks at the exit gate, encountered a 2014 Kenworth T8 tanker truck being driven by Walter BELLO-Jimenez (BELLO).

Upon encountering BELLO, CBPO Cardenas received a negative oral declaration for drugs or money in excess of $10,000.00 USD from the BELLO. As CBPO Cardenas inspected the interior of the vehicle, he observed a speaker box sitting on the sleeper bed of the tractor. Upon further inspection of the speaker box, CBPO Cardenas noticed that the wire input on the side of the subwoofer type speaker box was loosely attached. Upon removing the small side input, CBPO Cardenas conducted a probe into the box, revealing a white powdery substance which field tested positive for the characteristics of cocaine.

CBPOs removed ten packages from the speaker box, all which field tested positive for having the characteristics of cocaine. BELLO was detained and Homeland Security Investigations (HSI) Special Agent (SA) Evan Mason was advised of the situation and responded to the Pharr POE inport lot to interview BELLO. BELLO was read his Miranda rights in the Spanish language as witnessed by a CBPO. BELLO stated that he understood his writes, both verbally and in writing, and was willing to make a statement without an attorney present.

BELLO stated he knew he was transporting something illegal but did not know what specifically he was transporting or how much.

BELLO stated that he was going to be paid approximately $300.00 USD to transport the unknown illegal commodity, later determined to be cocaine, into the United States from Mexico.

BELLO stated that, following successfully smuggling the cocaine into the United States, he was to turn the speaker box over to another individual north of the Pharr, Texas POE.